# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| UNUVA SHULER,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>        Defendants. | CV 16-07129 TJH (AJWx)<br><br>Order<br>and<br>Judgment<br><br>JS-6 |

Beginning on May 21, 2019, Plaintiff Unuva Shuler's federal claims were tried by a jury. On May 23, 2019, the jury reached an unanimous verdict in the first phase of the trial as to Shuler's claim for violations of her Fourth and Fourteenth Amendment rights, pursuant to 42 U.S.C. § 1983. The jury found that the defendants were not liable. Consequently, a second phase for *Monell* liability and damages was unnecessary.

Accordingly,

It is Ordered, Adjudged and Decreed that Judgment be, and hereby is,

**Entered** in favor of Defendants City of Los Angeles, Los Angeles Police Department, Ana Maria Mejia, Henry Merin, and Salvador Reyes and against Plaintiff Unuva Shuler as to Shuler's § 1983 and *Monell* claims.

**It is further Ordered** that Shuler shall take nothing as to her § 1983 and *Monell* claims.

**It is further Ordered** that Shuler's state law claims for: (1) A violation of Cal. Pen. Code § 4030(e); (2) Negligence; (3) Invasion of privacy; (4) Intentional infliction of emotional distress; and (5) False arrest be, and hereby are, **Dismissed** without prejudice as the Court declines to exercise supplemental jurisdiction over those claims.

**It is further Ordered** that each party shall bear their own fees and costs.

Date: May 24, 2019

_____
**Terry J. Hatter, Jr.**
**Senior United States District Judge**